NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JOHN YERESSIAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2013-3079

_____

Petition for review of the Merit Systems Protection Board in No. SF0752100972-I-2.

----------------------------------------------------------------------------

**JOHN YERESSIAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2013-3080

_____

Petition for review of the Merit Systems Protection Board in No. SF0752090049-C-2.

------------------------------------------------------------------------

**JOHN YERESSIAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2013-3081

_____

Petition for review of the Merit Systems Protection Board in No. SF0752090049-A-2.

------------------------------------------------------------------------

**JOHN YERESSIAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2013-3082

_____

Petition for review of the Merit Systems Protection Board in consolidated Nos. SF0752100972-C-1 and SF0752090049-C-3.

---

**ON MOTION**

---

# O R D E R

The Department of the Army moves for an extension of time, through May 3, 2013, within which to file its briefs in the above captioned cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s24